```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DOCK McNEELY,
12           Petitioner,              Civ. S-00-1358 DFL PAN P
13       v.
14  LOU BLANAS,
15           Respondent.              NON-RELATED CASE ORDER
                                      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
16  _____/
    DOCK McNEELY,                     Civ. S-00-1508 WBS DAD
17
             Plaintiff,
18
         v.
19
    SACRAMENTO COUNTY, et al.
20
             Defendants.
21  _____/
22  DOCK McNEELY,                     Civ. S-00-2797 DFL PAN P
23           Plaintiff,
24       v.
25  SACRAMENTO COUNTY, et al.
26           Defendants.
    _____/
```

```
 1  DOCK McNEELY,                         Civ. S-01-2084 EJG GGH P
 2          Plaintiff,
 3       v.
 4  ROY K. SIMMONS, et al.
 5          Defendants.
                                      /
 6  DOCK McNEELY,                         Civ. S-03-2172 DFL PAN
 7          Plaintiff,
 8       v.
 9  EDWARD BONNER, et al.
10          Defendants.
                                      /
11
12  DOCK McNEELY,                         Civ. S-04-0062 DFL PAN
13          Plaintiff,
14       v.
15  LOU BLANAS, et al.
16          Defendants.
                                      /
17  DOCK McNEELY,                         Civ. S-04-1215 DFL PAN
18          Plaintiff,
19       v.
20  EDWARD BONNER, et al.
21          Defendants.
22                                    /
23
24
25
26
```

```
DOCK McNEELY,                         Civ. S-05-1401 MCE DAD

        Plaintiff,

    v.

SACRAMENTO COUNTY, et al.

        Defendants.
                                    /
DOCK McNEELY,                         Civ. S-05-2549 WBS DAD

        Plaintiff,

    v.

PLACER COUNTY, et al.

        Defendants.
                                    /
```

    A Notice of Related Cases was filed concerning the above captioned cases on December 16, 2005. See Local Rule 83-123 (E.D. Cal. 2005). On review of the cases, the court finds that the cases ought not be related or reassigned. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court. Therefore, they shall not be considered related.

    IT IS SO ORDERED.

DATED: 1/31/2006


                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

3

4