UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DOCK McNEELY,

      Plaintiff,

   v.

COUNTY OF PLACER; PLACER COUNTY SHERIFF'S DEPARTMENT; EDWARD BONNER, individually and in his capacity as Sheriff of Placer County; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; LOU BLANAS, individually and in his official capacity as Sheriff of Sacramento County, and DOES 1-10,

      Defendant(s).

_____/

NO. CIV. 2:05-2549 WBS KJM

<u>ORDER</u>

----oo0oo----

      In light of Judge England's order of March 2, 2006, in Civ. 2:05-1401 MCE-DAD, this court's order of March 3, 2006 in this case is hereby rescinded.

      IT IS SO ORDERED.

DATED:  March 10, 2006

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1